# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

139582 & (68)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PATRICIA PAQUETTE, Guardian and
Conservator of RICHARD PAQUETTE, a
Legally Incapacitated Person,
          Plaintiff-Appellee,

v

                                                    SC: 139582
                                                    COA: 279909
                                                    Macomb CC: 2004-002787-NO

STATE FARM MUTUAL AUTO INSURANCE
COMPANY,
          Defendant-Appellant,

and

ARVILLA WOODS, SHANNE SMITH, and
MARISSA GIBBONS,
          Defendants.

_____/

          On order of the Court, the motion for leave to file a reply brief is GRANTED. The application for leave to appeal the July 21, 2009 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *University of Michigan Regents v Titan Ins Co* (Docket No. 136905) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

          I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010                    _____
                                                              Clerk

p0222